AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  23-mj-22 | Date and time warrant executed:<br>  N/A | Copy of warrant and inventory left with:<br>  N/A |
| Inventory made in the presence of :<br>  SA Dillon Torno | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>  The warrant has yet to be executed due to inability to unlock device. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   8/25/23

*Executing officer's signature*

Ryan S. Burke, Special Agent
*Printed name and title*